# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0592

VERSUS

PRESTON G. DEMOUCHETTE, JR.                          **AUGUST 16, 2021**

---

In Re:     Preston G. Demouchette, Jr., applying for supervisory
           writs, 20th Judicial District Court, Parish of West
           Feliciana, No. unknown.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.** The West Feliciana Parish Clerk of Court has
no record of receiving a writ of habeas corpus. Relator should
file the motion with the district court before seeking relief
from this court.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT